UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| In re SUBPOENA TO ROBBINS GELLER RUDMAN & DOWD LLP | Misc. Case No. _____ |
| | United States Bankruptcy Court Southern District of Texas Houston Division |
| *Issuing Court Case*: | Chapter 7 |
| *In re*: | Case No. 23-90786 (CML) |
| *SMILEDIRECTCLUB, INC., et al.*, | (Jointly Administrated**)** |
| Debtor. | NON-PARTY ROBBINS GELLER RUDMAN & DOWD LLP'S MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER |

Robbins Geller Rudman & Dowd LLP ("Robbins Geller") hereby moves, pursuant to Federal Rules of Civil Procedure 26(c) and 45(d), to quash or, in the alternative, for a protective order from compliance with, the December 3, 2024 subpoena *duces tecum* (the "Subpoena") issued to non-party Robbins Geller by David Katzman, Steven Katzman, Kyle Wailes, Richard Schnall, Susan Greenspon Rammelt, and Camelot Venture Group in the Chapter 7 bankruptcy proceeding captioned *In re SmileDirectClub, et al.*, No. 4:23-BK-90786 (CML) (Bankr. S.D. Tex.). This Motion is supported by Robbins Geller's concurrently filed memorandum of law and supporting declaration and exhibits attached thereto.

Pursuant to Local Rule 37.01, and as detailed further in Robbins Geller's memorandum in support of this Motion, Robbins Geller met and conferred with opposing counsel on December 3, 2024 via video teleconference in a good faith effort to resolve the issues raised by the instant Motion, but were unable to reach accord.

- 1 -

WHEREFORE, Robbins Geller requests that this Court quash the Subpoena or, in the alternative, issue a protective order prohibiting compliance with the Subpoena.

DATED: December 6, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
HENRY S. BATOR, #040431

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
hbator@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JEFFREY J. STEIN
TING H. LIU
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jstein@rgrdlaw.com
tliu@rgrdlaw.com

CERTIFICATE OF SERVICE

      I hereby certify under penalty of perjury that on December 6, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I caused the foregoing to be served via email to the parties as indicated on the attached Declaration of Service by Email.

      s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
200 31st Avenue N.
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)

Email: cwood@rgrdlaw.com

# DECLARATION OF SERVICE BY EMAIL

I, Christopher M. Wood, not a party to the within action, hereby declare that on December 6, 2024, I caused the following documents to be served on the parties in the within action at the email addresses list below:

- NON-PARTY ROBBINS GELLER RUDMAN & DOWD LLP'S MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER;

- MEMORANDUM OF LAW IN SUPPORT OF NON-PARTY ROBBINS GELLER RUDMAN & DOWD LLP'S MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER;

- DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF NON-PARTY ROBBINS GELLER RUDMAN & DOWD LLP'S MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER; AND

- EXHIBITS A-F.

| NAME | FIRM | EMAIL |
|---|---|---|
| Andrew G. Fiorella<br>Allyson R. Cady<br>Michael D. Meuti | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone: 216/363-4453 | afiorella@sullcrom.com<br>acady@beneschlaw.com<br>mmeuti@beneschlaw.com |
| Laura Seferian<br>David A. Rammelt | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Telephone: 312/624-6383 | lseferian@beneschlaw.com<br>drammelt@beneschlaw.com |
| Michael B. Silverstein | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>41 South High Street, Suite 2600<br>Columbus, OH 43215 6164<br>Telephone: 614/223-9362 | msilverstein@beneschlaw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2024, at Nashville, Tennessee.

                                                          s/ Christopher M. Wood
                                                      CHRISTOPHER M. WOOD