IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) ) | |
| SUBPOENA TO ROBBINS GELLER RUDMAN & DOWD LLP | ) ) ) ) | NO. 3:24-mc-00017 JUDGE CAMPBELL |

# ORDER

The motion to quash (Doc. No. 1) is **REFERRED** to the Magistrate Judge for consideration and rulings pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Local Rules 72.01 and 72.02.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE